ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | | No. 4-25CR-282-0 |
|---|---|---|
| v. | | |
| NATHAN BAUMANN | (01) | |
| JOY GIBSON | (02) | |
| SUSAN KENT | (03) | |
| REBECCA MORGAN | (04) | |
| LYNETTE SHARP | (05) | |
| JOHN THOMAS | (06) | |

NOV 13 2025
FILED-USDC-NDTX-FW

## INFORMATION

The United States Attorney Charges:

### The Attack

1. Late at night on July 4, 2025, a North Texas Antifa Cell (Antifa Cell) of at least eleven operatives attacked the Prairieland Detention Center (Prairieland) in Alvarado, Texas, which the U.S. Department of Homeland Security was using to house illegal aliens awaiting deportation. Members of the Antifa Cell wore "black bloc"—dark clothing with head and face coverings designed to thwart identification of individuals engaged in illegal activity. Some also brought body armor and firearms. After arriving at Prairieland, the Antifa Cell began shooting and throwing fireworks (explosives) towards Prairieland and vandalizing vehicles and a guard shed on Prairieland property:

Information - Page 1



2. Alarmed at the presence of people on Prairieland property late at night, DHS correctional officers inside the facility went outside to investigate. Other DHS personnel called local police for assistance. Within minutes, an officer from the Alvarado Police Department arrived on scene, stepped out of his police cruiser, and began issuing commands to **Nathan Baumann**, who had been one of the individuals vandalizing the government property. **Baumann**, who was dressed in black bloc, continued to run towards **Benjamin Song**, who was dressed in black bloc and holding a rifle. **Song** yelled,

"get to the rifles!" and then, moments later, opened fire on the officers, striking the Alvarado police officer in the neck area as the unarmed DHS correctional officers ducked and ran for cover. The wounded officer fell to the ground but was able to return a few shots. **Song** fired additional rounds at the wounded officer and the DHS correctional officers until his rifle jammed. The Antifa Cell then fled the scene.

3.   Police arrested most of the Antifa Cell shortly after the attack, many near the scene, including **Zachary Evetts, Bradford Morris, Elizabeth Soto, Ines Soto, Joy Gibson, Maricela Rueda, Baumann,** and **Savanna Batten**. Police arrested **Cameron Arnold** the following day. **Song** escaped and remained at large with the help of **Susan Kent, Rebecca Morgan, Lynette Sharp,** and **John Thomas**, until his capture on July 15, 2025.

### Antifa

4.   Antifa is a militant enterprise made up of networks of individuals and small groups primarily ascribing to a revolutionary anarchist or autonomous Marxist ideology, which explicitly calls for the overthrow of the United States Government, law enforcement authorities, and the system of law. Antifa adherents have espoused insurrection and advocated violence to affect the policy and conduct of the U.S. government by intimidation and coercion. Beginning in 2025, Antifa adherents have increasingly targeted agents and facilities related to DHS's Immigration and Customs Enforcement (I.C.E.) in opposition to I.C.E.'s deportation actions and the U.S. government's policy on the removal of illegal aliens. This campaign involved

coordinated efforts to obstruct enforcement of Federal law through organized riots, violent assaults, and armed confrontations with I.C.E. and law enforcement officers.

5. Paragraphs 1 through 4 are incorporated into Count One of the Information.

## Count One
## Providing Material Support to Terrorists
## (Violation of 18 U.S.C. § 2339A)

On or about July 4, 2025, in the Northern District of Texas, the defendants, **Nathan Baumann, Joy Gibson, Susan Kent, Rebecca Morgan, Lynette Sharp,** and **John Thomas**, provided and attempted to provide material support and resources, as those terms are defined in 18 U.S.C. § 2339A(b)(1), and did conceal and disguise the nature of the material support and resources, including property, services, training, communications equipment, weapons, explosives, personnel (including themselves), and transportation, knowing and intending that they were to be used in preparation for, and in carrying out violations of 18 U.S.C. §§ 844(f), 1114, and 1361, and in preparation for and carrying out the concealment of an escape from such violations.

In violation of 18 U.S.C. §§ 2339A.

Forfeiture Notice
(18 U.S.C. §§ 924(d), 981, 982, 2332b(g)(5), and 28 U.S.C. § 2461(c))

Upon conviction of the offense alleged in count one of this information, and under 18 U.S.C. §§ 924(d), 981, 982, 2332b(g)(5), and 28 U.S.C. § 2461(c), the defendants, **Savanna Batten, Nathan Baumann, Joy Gibson, Bradford Morris**, also known as Meagan Morris, **Maricela Rueda, Elizabeth Soto**, and **Ines Soto**, shall forfeit to the United States of America any property derived from, involved in, or used or intended to be used to commit or facilitate the offense in count one of this information, including any firearm and ammunition.

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

SHAWN SMITH
Assistant United States Attorney
Texas Bar No. 24033206
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone:   817-252-5200
Facsimile:   817-252-5455