IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:25-CR-282-P |
| SUSAN KENT (03) | |

## FACTUAL RESUME

PLEA: One Count Information, Providing Material Support to Terrorists, violation of 18 U.S.C. § 2339A

MAXIMUM PENALTY:

- Imprisonment not to exceed 15 years;
- A fine not to exceed $250,000 or both a fine and imprisonment;
- A supervised-release term not to exceed three years, which would follow any prison term. If the defendant violates any of the supervised-release conditions, the Court could revoke the defendant's supervised release and order the defendant to serve additional time in prison;
- A $100 mandatory special assessment;
- Forfeiture of property; and
- Restitution

ELEMENTS OF THE OFFENSE:

The essential elements that must be proved beyond a reasonable doubt to establish the offense charged are as follows:

First: The defendant provided, attempted to provide, or conspired to provide material support or resources, or concealed or disguised, attempted to conceal or disguise, or conspired to conceal or disguise the nature, location, source, or ownership of material support or resources in the manner described in the indictment; and

Second: The defendant knew, intended, or reasonably should have known as a foreseeable consequence of the conspiracy, that the material support or resources

**Factual Resume - Page 1**

were to be used to carry out the concealment of an escape from the commission of 18 U.S.C. § 1114.

STIPULATED FACTS:

On or about July 4, 2025, an Antifa cell conducted an act of terrorism targeting the Prairieland Detention Center (Prairieland) in Alvarado, Texas, which included attempted murder of two officers of the United States Government and one police officer assisting such officers, in violation of 18 U.S.C. § 1114. The Antifa cell's act of terrorism was calculated to influence or affect the conduct of government by intimidation or coercion, or to retaliate against government conduct. Kent is aware of Antifa beliefs and admits that many members of the SRA, including codefendants, consider themselves "anti-fascist". These individuals oppose policies of Trump specifically in regard to immigration enforcement. Kent does not consider herself anti-fascist but did believe that the immigration policies and system need reform.

On or about July 5, 2025, Susan Kent learned of the terrorism and attempted murder and learned that Coconspirator-1 had escaped immediate arrest and was hiding in the woods near Prairieland. Kent then conspired with others to provide property, lodging, communications equipment, personnel, and transportation, knowing and intending that such support was to conceal Coconspirator-1's escape from the act of terrorism.

For example, on or about July 5, 2025, Kent arranged with other coconspirators to transport and provide lodging to Coconspirator-1. Kent, working with others, arranged to have Coconspirator-1 picked up near Prairieland and driven to an apartment in the Northern District of Texas. Then on July 6th, Coconspirator-1 was brought to a public parking lot by another Co-Conspirator where Kent spoke with Co-Conspirator-1 who recounted what happened on the night of July 4th. During this meeting, Kent was present in the parking lot while others arranged a transfer of Coconspirator-1 to another location. The transfer was to keep Coconspirator-1 on the move and change locations every few days in order to facilitate Coconspirator-1's escape from capture for an act of terrorism, namely, a violation of 18 U.S.C. § 1114. Kent was not present on July 7th when the transfer took place.

**Factual Resume - Page 2**

SIGNED this 3rd day of November, 2025.

_____
SUSAN KENT
Defendant

_____
KARA CARRERAS
Counsel for Defendant